Note:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3183

BARBARA A. PRICE,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

Lorenzo W. Tijerina, of San Antonio, Texas, argued for petitioner.

Meredyth D. Cohen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3183

BARBARA A. PRICE,

Petitioner,

v.

DEPARTMENT OF DEFENSE,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      DA0752060473-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (GAJARSA, LINN and MOORE, Circuit Judges).

AFFIRMED.  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  January 14, 2008      _/s/ Jan Horbaly_
Jan Horbaly, Clerk